FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDEE THOMAS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a State government and its division and agency,<br><br>　　　　　　Defendant. | NO: 2:21-CV-88-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS FEDERAL CLAIMS AND REMAND TO STATE COURT FOR FURTHER PROCEEDINGS |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Federal Claims and Remand to State Court for Further Proceedings, ECF No. 5. Having considered the motion and the record, the Court finds good cause to grant the parties' request for dismissal of Plaintiff's federal claims and remand to state court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Federal Claims and Remand to State Court for Further Proceedings, **ECF No. 5**, is **GRANTED**.

ORDER GRANTING STIPULATED MOTION TO DISMISS FEDERAL CLAIMS AND REMAND TO STATE COURT FOR FURTHER PROCEEDINGS ~ 1

2. Plaintiff's federal claims of (1) Unlawful Retaliation in Violation of Title VII, and (2) Hostile Work Environment in Violation of Title VII are **dismissed with prejudice**.

3. This matter is **REMANDED** to the Spokane County Superior Court for further proceedings.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice on Plaintiff's federal claims, provide copies to counsel and a certified copy of this Order to the Clerk of Spokane County Superior Court, and **close** this file.

**DATED** March 12, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge