AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CINDEE THOMAS, an individual,

*Plaintiff*

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a State government and its division and agency,

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:21-CV-88-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Stipulated Motion to Dismiss Federal Claims and Remand to State Court for Further Proceedings (ECF No. 5) is GRANTED.
Plaintiff's federal claims of (1) Unlawful Retaliation in Violation of Title VII, and (2) Hostile Work Environment in Violation of Title VII are dismissed with prejudice.
This matter is REMANDED to the Spokane County Superior Court for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on a
Stipulated Motion to Dismiss Federal Claims and Remand to State Court for Further Proceedings (ECF No. 5).


Date: 3/12/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams